UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARMAINE SAUNDERS,

    Plaintiff,
v.                                Case No. 8:25-cv-1361-WFJ-NHA

JUDGE MARY ALICE NARDELLA, *et al.*,

    Defendants.
_____/

## ORDER

Before the Court is Plaintiff's motion to proceed *in forma pauperis* (Dkt. 2) and the complaint (Dkt. 1). The United States Magistrate Judge issued a report recommending the motion be denied without prejudice and the complaint be dismissed with leave to amend. Dkt. 8. The time for filing objections has passed.

The Court reviews the legal conclusions *de novo* in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994). After an independent review, the Court may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Macort v. Prem., Inc.*, 208 F. App'x 781, 783–84 (11th Cir. 2006) (citing published opinion).

For the reasons explained in the thorough and well-reasoned Report and Recommendation, and in conjunction with an independent examination of the file, the Court rules as follows:

1. The Report and Recommendation (Dkt. 8) is adopted, confirmed, and approved in all respects and made a part of this order.

2. Plaintiff's motion to proceed *in forma pauperis* (Dkt.2) is denied without prejudice.

3. Plaintiff's complaint (Dkt. 1) is dismissed without prejudice and with leave to amend. If Ms. Saunders wishes to proceed, she must file an amended complaint in compliance with the Report and Recommendation **within twenty-one (21) days** of the date of this Order. Plaintiff must also file a motion to proceed *in forma pauperis*, or pay the filing fee, when any amended complaint is filed.

4. Should Plaintiff fail or choose not to timely file an amended complaint, this case will be dismissed with prejudice and closed without further notice.

**DONE AND ORDERED** at Tampa, Florida, on August 21, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Plaintiff, *pro se*